18 January 2006

The Honorable COLLEEN KOLLAR-KOTELLY
U.S. District Court Judge
c/o Judicial Clerk (P. JONES?)
United States District Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

RE: Tony Robinson v. U.S.P.C., et al., case no. 1:05 CV02487 / Habeas Corpus / Address change

ATTN: Courtroom Clerk

Dear Sir,

Thank you for taking the time to speak with my case manager today; your assistance, and the information you provided her was invaluable. Per your request, this is my written notification of my official mailing address at this time. Please update the Court's records and the case file as necessary; and, at your earliest convenience, please mail copies of my docket history, all judicial orders, and any responses by the respondents in the above case.

Thank you in advance for your time and assistance with this request.

With Much Appreciation,

*signature*

TONY ROBINSON, pro se
DCDC #221495 / D4-B, cell #17
CCA-CTF
1901 E Street, SE
Washington, DC 20003

cc: Legal file