UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tony Robinson
Petitioner pro se
DC DC #221-495
CCA-CTF
1901 E Street, SE
Washington, D.C. 20003
    Plaintiff,

v.

United States of America
    Defendant,

1-31-06

Civil Action No. 05-2487
(CKK)

Comes Tony Robinson pro se ask the Honorable Justice/Magistrate of the United States District Court for the District of Columbia for an appointment of counsel to represent me at my civil action case and at my revocation hearing pursuant to 18 U.S.C. 3006A. In writ of Habeas Corpus Title 2241 and 2243. I pray that this Honorable Justice/Magistrate will find in it's power to appoint me counsel for assistance in front of Your Honor and the U.S.P.C. at such time that I am called on to be present. I thank you for your consideration in this matter and I do await an answer from your office.

                Thank You
                Tony Robinson
                DC.DC 221-495
        CCA-CTF 1901 E Street SE
                Washington D.C. 20003