## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TONY ROBINSON,                              :
                                           :
    Petitioner,                 :
                                           :
    v.                          : Civil Action No. 05-cv-2487 (CKK)
                                           :
U.S. PAROLE COMMISSION, et al.,            :
                                           :
    Respondents.                :
_____ :

### RESPONSE TO ORDER DIRECTING RESPONDENT TO SHOW CAUSE

The District of Columbia, by and through the Office of the Attorney General, respectfully submits the following response to the Court's January 20, 2006 Order Directing Respondent to Show Cause. In support of its Response, the District states as follows:

On approximately December 28, 2005, *pro se* Petitioner filed a Petition for a Writ of Habeas Corpus. In the Petition, Mr. Robinson admitted that he is "in the custody of the Untied States Attorney General, ALBERTO R. GONZALES, and under the direct supervision [of] Warden Fred Figueroa, (CCA-CTF), by order of the United States Parole Commission." (Petition at ¶ 2.) Mr. Robinson is currently housed at the Central Treatment Facility in Washington, DC.

In his Petition, Mr. Robinson claimed that, as a result of a June 28, 2005 violation report submitted by his supervising officer, Darek Thomas, the U.S. Parole Commission issued a parole violator warrant. (Petition at ¶ 7; U.S. Parole Commission Warrant Application, attached to the Petition as Exhibit A.) As a result of that warrant, on October 18, 2005, he was arrested, taken to "U.S. District Court" and the warrant was executed. (Petition at ¶ 5-7.) Substantively, Mr. Robinson challenges the allegations in Mr. Thomas' violation report and the U.S. Parole Commission warrant application and claims that he was denied a timely probable cause hearing

and a revocation hearing.  On January 20, 2006, this Honorable Court issued an Order Directing

Respondent to Show Cause.

In *Fletcher v. Reilly*, 2006 U.S. App. LEXIS 269, the United States Court of Appeals for

the District of Columbia Circuit reaffirmed the proposition that "[n]ormally, the only proper

defendant in a habeas case is the petitioner's 'immediate custodian' - that is, the warden of the

facility in which the petitioner is incarcerated at the time he files the habeas petition."  *Id.* at *21.

In *Fletcher*, however, the habeas petitioner was moved to another facility before the Court ruled

on his petition and thus, his habeas petition named his former custodian and the chairman of the

U.S. Parole Commission.  The *Fletcher* Court determined that the U.S. Parole Commission

("Commission") was properly named as a Respondent because "[t]he Commission has legal

authority to effectuate Fletcher's release…"  *Id.* at *22.  A similar analysis is warranted in this

case.  Although the Petitioner is housed at the Central Treatment Facility, the District of

Columbia does not have legal custody of the Petitioner.  Due to the violator warrant issued by the

United States Parole Commission, the Commission alone is the entity that has legal authority to

effectuate Petitioner's release.[1]  Therefore, no further response from the District to the Court's

Show Cause Order is warranted.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

---

[1] Indeed, if the petitioner's original convictions occurred in Washington, DC, then the federal
government, not the District government, is clearly responsible for his imprisonment.  *See
Fletcher*, 2006 U.S. App. LEXIS 269 at *21 ("The National Capital Revitalization and Self-
Government Improvement Act of 1997 **…** transfers responsibility for the imprisonment of all
felons convicted under the District of Columbia ("D.C.") Code from the city to the federal
government. The Act also transfers authority over parole and reparole decisions from the District
of Columbia Board of Parole ("Board") to the United States Parole Commission ...").

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>February 27, 2006</u>, that a copy of the foregoing Response to Order Directing Respondent to Show Cause was mailed postage prepaid to:

Tony Robinson, *pro se*
DCDC # 221-495
CCA/CTF
1901 E Street, SE D4-B, cell #17
Washington, DC 20003


*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo
Assistant Attorney General