UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TONY ROBINSON,** | : | Civil Action No. 05-02487(CKK) |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **U.S. PAROLE COMMISSION, et. al.,** | : | |
| Respondents | : | |

**FEDERAL RESPONDENTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A RESPONSE TO PETITIONER'S PETITION
FOR A WRIT OF HABEAS CORPUS**

The federal respondents, by and through their attorney, the United States Attorney for the District of Columbia, respectfully requests a 10 day enlargement of time, until March 20, 2006, within which to file a response to the petitioner's pro se petition for a writ of habeas corpus. In support of this motion, the United States state:

1. The petitioner filed, on December 28, 2005, a pro se petition requesting a writ of habeas corpus. The Court ordered the United States to respond by March 10, 2006.

2. In order to adequately respond to the petitioner's claims, it is necessary for the U.S. Parole Commission to obtain documents relating to the petitioner's parole history, and to research his claims. The undersigned attorney has been in contact with the U.S. Parole Commission and has recently received information from the Commission.

3. However, due to a number of other briefs and hearings, the undersigned has not had sufficient time to review the information provided by the Commission in order to prepare a response to the petitioner's petition. The amount of time requested is reasonable in light of the

undersigned's workload, the need to review the documents from the U.S. Parole Commission, and to prepare a response to the petitioner's petition. Furthermore, this is the United States' first request for an enlargement of time and the petitioner will not be prejudiced by this brief delay.

4. Accordingly, the federal respondents requests a 10 day enlargement of time, until March 20, 2006, within which to file a response to the petitioner's petition for a writ of habeas corpus.

A proposed order is attached.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

_____/s/_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Section
D.C. Bar Number 457-078

_____/s/_____
SHERRI L. BERTHRONG
Assistant United States Attorney
Special Proceedings Section
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the United States' Motion has been served by mail upon the petitioner, Tony Robinson, Fed. Reg. No. 28278-016, FDC Philadelphia, Federal Detention Center, P.O. Box 562, Philadelphia, PA, 19106, this 9th day of March, 2006.

                                          _____/s/ _____
                                          Sherri L. Berthrong
                                          Assistant United States Attorney