UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TONY ROBINSON,** | : | Civil Action No. 05-02487 (CKK) |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **U.S. PAROLE COMMISSION, et. al.,** | : | |
| Respondents | : | |

## ORDER

Upon consideration of the federal respondents' motion for an enlargement of time within which to file a response to petitioner's petition for writ of habeas corpus, and good cause having been shown, it is hereby **ORDERED**:

The United States shall have until March 20, 2006, within which to file its response to the petitioner's petition for writ of habeas corpus.

**SO ORDERED** this _____day of _____, 2006

_____/s/_____
Colleen Kollar-Kotelly
U.S. District Court Judge

Copies to:

Tony Robinson
Fed. Reg. No. 28278-016
FDC Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19106

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530