UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tony Robinson,                         :
                                       :
         Petitioner,                   :
                                       :
    v.                                 :     Civil Action No. 05-2487 (CKK)
                                       :
United States Parole                   :
Commission, *et al.*,                  :
                                       :
         Respondents.                  :

ORDER

Plaintiff moves for the appointment of counsel to represent him in this habeas corpus action. Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. See Willis v. F.B.I., 274 F.3d 531, 532-33 (D.C. Cir. 2001); Ray v. Robinson, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding in forma pauperis, the court is authorized to appoint counsel under 28 U.S.C. § 1915 (e)(1), but is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. See Cookish v. Cunningham, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." Id.

The Court has considered the potential merits of the claim, the complexity of the legal and factual issues involved, plaintiffs' *pro se* representation to this early point in the proceedings, and the degree to which the interests of justice will be served by appointment of counsel, including the benefit the court may derive from the assistance of appointed counsel. See Local Civil Rule 83.11 (b)(3). The Court has also taken into consideration the limited pro bono

resources available to the court.  After carefully reviewing and weighing those factors, the Court concludes that appointment of counsel is not warranted at this time.

    Accordingly, it is this 9th day of March 2006, hereby

    ORDERED that plaintiff's motion for the appointment of counsel [# 5] is DENIED without prejudice.

    _____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Paper copy to:

Tony Robinson
DC 221-495
CCA-CTF
D4-B, Cell 17
1901 D Street SE
Washington, DC 20003