UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TONY ROBINSON,** | : | Civil Action No. 05-02487 (CKK) |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **U.S. PAROLE COMMISSION, et. al.,** | : | |
| Respondents | : | |

### ORDER

Upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus, the Federal Respondents' Opposition to the Petitioner's Petition for a Writ of Habeas Corpus, and for the reasons stated in the Federal Respondents' Opposition, it is hereby

**ORDERED** that the show cause order as to the United States is discharged, and that Petitioner's Petition for a Writ of Habeas Corpus is **DENIED**.

**SO ORDERED**, this _____ day of _____, 2006

_____/s/_____
Colleen Kollar-Kotelly
U.S. District Court Judge

Copies to:

Tony Robinson
Fed. Reg. No. 28278-016
FDC Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19106

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530