# **EXHIBIT A**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. F-5651-87

PDID No. _____

vs.

Tony G. Robinson   5/23/87   221495

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of Burglary I; Burglary II; Burglary I; and Burglary II

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Ct. AA Burglary I; three (3) to nine (9) yrs.; Burglary II Ct. A-I two (2) to six (6) yrs.; Burglary II, Ct. A-I two (2) to Six (6) yrs. Burglary II, Ct. A-Y three (3) to nine (9) yrs. Sentence to Run Consecutive to each other any any other Sentence being Served.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Obtain a job as soon as possible or continue your present employment _____

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

1-7-88
Date

_____ Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

1-7-88
Date

F. Hawkins
Deputy Clerk

EXHIBIT A

Original — Court          Pink — Mayor's Office
Blue — Jail               Goldenrod — U.S. Attorney/Corporation Counsel
Green — Defendant         Goldenrod — Defense Attorney
Canary — Social Services  Goldenrod — Bureau of Prison's

B-1040/Feb. 86                                                86-p1760 wd-40