**EXHIBIT B**

PD-10
(Revised 10/81)

# BOARD OF PAROLE
## DISTRICT OF COLUMBIA
## CERTIFICATE OF PAROLE

### ADULT

PE-15422-95

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that _____ Robinson, Tony _____ D.C.D.C. __221-495__ is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-named be PAROLED on __July 21,__ 19_95_, and that said person remain under supervision within the limits of the __Washington Metro Area__ (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax and Falls Church, Virginia) until __August 21, 2017__, 19___; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above-named individual's signing an agreement to abide by and comply with all of the conditions of parole as shown on the reverse side of this CERTIFICATE.

Given under the hands and seal of the BOARD this __25th__ day of __April__, 19_95_.

**EXHIBIT B**

The above-named was released on the ____ day of _____, 19___

_____
Administrator

_____
(signed) Margaret Quick

81-P5804