# **EXHIBIT C**

# DISTRICT OF COLUMBIA BOARD OF PAROLE

**WARRANT**     Number **PE-29937-96**

W/N #-W0280232
WIN/W0217883

TO:  A  Officer of the D.C. Department of Corrections
     A  Police Officer or Federal Officer Authorized to Serve Criminal Process

RE: NAME: _Robinson, Tony **GARFIELD**_         DCDC # __221495__
    ALIAS: _Garfield Tony Robinson_             PDID # __288-292__
    **Nickname: Garfield**                      FBI # __218-202-EA3__
    LAST KNOWN ADDRESS: _____         DOB: ████████
    _5719 13th Street N.W.       WDC_           RACE: __Black__  SEX: __Male__
    PAROLE OFFICER: ___John Milam___            HEIGHT: _5'9_  WEIGHT: _175_
    SENTENCE TYPE: _X_ Adult  ___YRA  ___FYCA*  ___YRA & Adult  ___FYCA & Adult
    SUBJECT'S LOCATION: _X_ At large   ___ Confined at _____

WHEREAS the above-named person is under sentence in the District of Columbia for the crime(s) of __Burglary I/Burglary II__ and was on the __21st__ day of __July__, 19_95_, released on parole from the __Hope Village__,

AND WHEREAS reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, **EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, DO NOT EXECUTE THIS WARRANT. PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT SHALL TAKE PRECEDENCE. IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.**

WITNESS my hand and the seal of this Board this _8th_ day of __April__, 19_96_.

Director, Michael Green
Parole Determination
D.C. Board of Parole

Member, D.C. Board of Parole

**EXHIBIT C**

* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19____ and the person named MUST NOT be held beyond that time.

BOP.280   7/20/93