# **EXHIBIT D**

 

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DISTRICT OF COLUMBIA BOARD OF PAROLE
300 INDIANA AVENUE N.W., 2ND FLOOR
WASHINGTON, DC 20001

STATEMENT OF ALLEGED PAROLE VIOLATION

Date: March 20, 1996

PAROLEE: Robinson, Tony Garfield            DCDC # 221-495

ALIAS (ES): Garfield Tony Robinson          PDID # 288-292

Nickname: Garfield                          FBI # 218-202-EA3

LAST KNOWN ADDRESS: ███████████████         DOB: ███████

███████████████                             RACE: B  SEX: M

HGT: 5'9"  WT: 175  EYES: BRN  HAIR: BRN  COMPLEXION: LBR

IDENTIFYING SCARS/MARKS: _____

SENTENCE TYPE: _X_ Adult __YRA __FYCA __YRA & Adult __FYCA & Adult

_X_ Subject is at large  __ Subject is confined in _____

PAROLE OFFICER: J. W. Milam, Jr.  PO3  PAROLE UNIT: GSU #1

The parole identified above is alleged to have committed
the following violation(s) of parole:

1. Failed to obey all laws on 3/18/96, in violation of
   condition #10 (0901); Warrants in Montgomery County,
   Maryland: cc # DC2D0018405 and (TR) 96100107276.

SSN: 

EXHIBIT
D

DISTRICT OF COLUMBIA BOARD OF PAROLE                                    page 2
_____

Robinson, Tony
DCDC # 221-405

Subject informed this officer on March 5, 1996, that he would reside with his girlfriend, ▓▓▓▓▓▓▓▓▓, temporary due to his disability. ▓▓▓▓▓▓▓ confirmed this alliance during the subject's office visit on the said date. ▓▓▓▓▓▓▓ resides at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓. Subject's address of record is : 5719 13th Street, N.W., Washington, D.C. ▓▓▓▓▓▓▓.

Subject is currently unemployed due to his temporary disability to his ankle (fracture). Subject remains on Local Union #74 Roster.

Subject allegedly assaulted ▓▓▓▓▓▓▓▓ and threaten to "Kill" her on March 18, 1996 as reported to this officer by ▓s. ▓▓▓▓▓▓▓ on March 20, 1996. ▓▓▓▓▓▓▓▓ has pressed charges in Montgomery County, MD, cc # DC2D0018405 and (TR) 96100107276. ▓▓. ▓▓▓▓▓▓▓ stated that she fears for her life and the subject's whereabouts at this time are unknown. A police report will be forwarded upon receipt. This officer did establish contact with the subject on March 21, 1996 telephonically. At that time, subject "denied physically striking" ▓▓▓▓▓▓▓▓. Subject was severely reprimanded and instructed to report to the office on March 25, 1996 for an SPO Case Conference.

Subject's adjustment to parole supervision up unto this juncture, has been marginal. Subject's unexpected injury seems to have depressed him to the point of frustration. Subject will be referred for psychiatric evaluation.

An OAR hearing is requested for issuance of Board sanctions.

APPROVED:                                       Respectfully submitted,

_____                       _____
J. C. Green, Jr.                                J. W. Milam, Jr.
Supervisory Parole Officer                      Parole Officer
General Supervision Unit 1

JWM/bd