# **EXHIBIT E**

 

# The Board of Parole
## *of the*
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | | |
|---|---|---|
| DCDC 221-495 | NAME TONY G ROBINSON | |
| DOB ■■■ | SSN ■■■ | LOCATION D.C. JAIL |
| DOCKET H9610-0080 | CONSIDERATION TYPE H:REVOCATION | |

The District of Columbia Board of Parole issues the following **ORDER:**

REVOKE PAROLE FOR CRIMINAL VIOLATION(S); CONSIDER FOR REPAROLE BY 09/13/1997

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

PSYCHOLOGICAL COUNSELING
INTENSIVE DRUG PROGRAM

Remarks:

FAILED TO OBEY ALL LAWS

**EXHIBIT E**

10/30/1996   11/5/96
Date

Chairman
on behalf of the Board of Parole

Seal

NOA Date 11-6-96  by [signature]

[ Parole Determination File ]
MILAM, J