# **EXHIBIT F**

Tape ____ at ____

TA 261-287

## DISTRICT OF COLUMBIA BOARD OF PAROLE
### PAROLE DETERMINATION RECORD
### REVOCATION HEARING

RE: Robinson, Tony                    221-495        288292
    Subject's Name                    DCDC#          PDID#

BIRTHDATE: ████████        BOP DOCKET #: H9610.0105

LOCATION: _____        CONSIDERATION DATE: 10-25-96

OFFENDER STATUS:  ☐ Youth Act   ☒ Adult

PAROLE OFFICER: O. Milam                    UNIT: I

☐ Order to Appear--Issued: _____    Served: _____

☒ Warrant--Issued: 4/8/96  Executed: 9/13/96  Served: 9/30/96

ANALYST: Lawson                    PREPARATION DATE: 10/16/96

HEARING OFFICIALS: Donald Streater

SUPERVISION REPRESENTATIVE: _____

ATTORNEY: _____

WITNESSES: _____

OTHERS PRESENT: _____

☐ HEARING NOT HELD, REASON: _____

   ☐ Reschedule By _____    ☐ Do Not Reschedule

OFFENSES ON WHICH CURRENT SENTENCE IS BASED: _____
Burg I   Burg II

PENDING CASES: _____

**EXHIBIT F**

POST HEARING QUALITY ASSURANCE

ANALYST: _____                    DATE: 11/5/96

PDS.202 11/16/94                    1

RE: Robinson, To█▉    221-█95    288292
       Subject's Name        DCDC#      PDID#

|  | IF NOT REVOKED | IF REVOKED |
|---|---|---|
| FULL TERM DATE: | 8-21-2017 | 1-26-2018 |
| MANDATORY RELEASE DATE: | 8-14-2007 | 1-19-2011 |
| DATE ORIGINAL SENTENCE BEGAN: | 1-7-88 | |
| PAROLE RELEASES THIS SENTENCE: | 7-21-95 | |

LAST PAROLE WAS:    ☐ Mandatory    ☒ Discretionary    ☐ Reparole

SPECIAL CONDITIONS: _drug subm._
_OPDTP_

DETAINERS OR CONSECUTIVE SENTENCES: _____

FACTS OF NEW CRIMINAL OFFENSES: _Domestic violence_

HO: _____

ANALYSIS OF CRIMINAL HISTORY, SUBSTANCE ABUSE, MENTAL HEALTH PROBLEMS, AND TREATMENT ATTEMPTS:
_Cocaine abuse history. Lengthy arrest record mostly for property crimes._

PDS.202 11/16/94                    2

RE: Robinson, Ton⬛        221⬛95        288292
    Subject's ⬛me        DCDC⬛          PDID#

HO: _____

PERFORMANCE DURING LAST RELEASE ON PAROLE: *Employed w/ verifiable residence*

HO: _____

PERFORMANCE UNDER ANY PREVIOUS COMMUNITY SUPERVISION: _____

## ANALYST'S REMARKS

*Client allegedly beat and threatened ⬛⬛⬛⬛⬛⬛⬛ (girlfriend) on 3/18/96. Criminal charges were filed in Montgomery Cty, Md. and at the time, BOP warrant was issued 4/8/96. Client had not been arrested for the offense.*

### SETOFF GUIDELINE RECOMMENDATIONS

Noncriminal Violation
    less than 5 yrs remain    within 6 mos.
    5 or more years remain   within 6-9 mos.
Misdemeanor Charge or Conviction
    less than 5 yrs remain    within 6-9 mos.
    5 or more years remain   within 9-15 mos.
Felony Charge or Conviction
    less than 5 yrs remain    within 9-15 mos.
    5 or more years remain   within 15-24 mos.

PDS.202 11/16/94                                       3

RE: <u>Robinson, Tony</u>                    <u>221~495</u>        <u>288292</u>
       Subject's ~~me~~                         DCDC~~#~~        PDID#

## NATURE AND NUMBER OF VIOLATIONS ALLEGED

\_\_\_\_ 1. Failure to report to Supervision immediately upon release.

\_\_\_\_ 2. Travel without approval from Parole Officer.

\_\_\_\_ 3. Visit to illegal establishment, including where alcoholic beverages are illegally sold, dispensed, or used.

\_\_\_\_ 4. Illegal possession, use, sale, or purchase of any narcotic drug, controlled substance, or related paraphernalia, or visit to place where any such item is illegally sold, dispensed, used, or given away.

\_\_\_\_ 5. Ownership, possession, use, sale, or control of any deadly weapon or firearm.

\_\_\_\_ 6. Less than diligent efforts to find and maintain legitimate employment; support of self and legal dependents not commensurate with ability.

\_\_\_\_ 7. Failure to keep Parole Officer informed of place of residence and work, or to notify of loss of employment or change in residence.

\_\_\_\_ 8. Agreement to act as informer or agent for any law enforcement agency.

✓ 9. Failure to obey laws, or to report at the earliest opportunity any arrest or other involvement with law enforcement officials.

\_\_\_\_ 10. Failure to cooperate with Board and Supervision, to carry out Parole Officer's instructions, or to report as directed, knowing that such failure may cause re-incarceration by the Board.

\_\_\_\_ 11. Failure to abide by special conditions:_____
_____

/ **TOTAL NUMBER OF ALLEGATIONS**

## REVIEW OF RIGHTS

☒ Subject was advised of procedural rights and understood them.
☒ Subject elected to proceed with hearing.
☐ Subject requested postponement of hearing.
☐ Subject waived hearing and completed Waiver of Revocation Hearing form.

PDS.202 11/16/94                                    4

RE: <u>Robinson, Tony</u>                    <u>221-495</u>       <u>288292</u>
    Subject's Name                            DCDC            PDID#

Allegation # <u>1</u> : Subject committed a ☐ noncriminal ☒ criminal violation of Parole Condition # <u>901</u> by the following alleged conduct on or about <u>3/18</u>, 199<u>6</u>: <u>Failed to obey all laws. Mr. Robinson is alleged to have physically assaulted Ms. Sherri Dunmore.</u>

*DC2D0018405    TR9610010726

Evidence: ☐ Police Report  ☐ Field Sheet  ☐ Other: _____

Case # _____    Status: _____

*warrants issued in Mont. Cty Md.

| Findings of Fact | Evidence |
|---|---|
| Subject admit to above violation. He said he got into a fight he said they both had been drink[ing] | Subj own test[imony] |

## CONCLUSION

☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

PDS.202 11/16/94                5

RE: **Robinson, Ton***           **221***95**           **288292**
      Subject's *me*              DCDC*                 PDID#

MITIGATING FACTORS: _____

_____

_____

_____

_____

_____


AGGRAVATING FACTORS: _____

_____

_____

_____

_____

_____

_____


OTHER CONSIDERATIONS: _____

_____

_____

_____

_____

_____

_____


Parole Plan Information: _____

_____

RE: <u>Robinson, Tony</u>            <u>221   95</u>         <u>288292</u>
    Subject's name              DCDC           PDID#

## HEARING OFFICIAL'S CONCLUSION

Violations Sustained:   # __9__      ☐ Noncriminal  ☒ Misdemeanor  ☐ Felony

                        # _____   ☐ Noncriminal  ☐ Misdemeanor  ☐ Felony

                        # _____   ☐ Noncriminal  ☐ Misdemeanor  ☐ Felony

                        # _____   ☐ Noncriminal  ☐ Misdemeanor  ☐ Felony

                        # _____   ☐ Noncriminal  ☐ Misdemeanor  ☐ Felony

Other: _____

Is Revocation Appropriate?   ☒ Yes   ☐ No

Is Reincaration Appropriate? ☐ Yes   ☐ No

If Continued, is incarceration pending continuation appropriate?

              ☐ Yes   ☐ No


Comments: _____
_____
_____
_____
_____
_____

PDS.202 11/16/94                    7

RE: Robinson, To█████                           221█95              288292
    Subject's █ame                              DCDC█              PDID#

## HEARING OFFICIAL'S RECOMMENDATION

DISPOSITION: Revoke Parole for civil violation
never to repale of - 9-13-97

Disposition Codes: R+ - 07 - 71

SPECIFIC INSTRUCTIONS/CONDITIONS:

Code: 04  Bylh Council to control temper/ony

Code: 2C  Drug Po

Others: _____

Disposition is Inside Guidelines   ☒ Yes   ☐ No
Setoff is Inside Guidelines        ☒ Yes   ☐ No

COUNTERVAILING FACTOR CODES: _____ _____ _____ _____

STAFF FOLLOWUP ACTIONS: _____

BY: _____          DATE: 10 25. 96
      Hearing Official

CONCURRENCE: Based on examination of the relevant information in this case, the Board concurs with the disposition recommended by the Hearing Official, and hereby orders the issuance of the appropriate implementing documents.

Board Member: _____        Date: 10/29/96

Board Member: _____        Date: 10.30.96

Board Member: _____        Date: 10/30/96

NONCONCURRENCE--See Attached Form BOP.902

☐ Erias Hyman      ☐ Donald Streeter     ☐ Polly Nelson

☐ Margaret Quick   ☐ Marcelino Cruces

PDS.202 11/16/94                    8