# **EXHIBIT H**

**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Services*
*General Supervision Branch "B"*

### REPORT OF ALLEGED VIOLATION(S)

10/29/02

TO:   United States Parole Commission
FROM: Darek Thomas

Unit: Team #31
Telephone: 2-585-7880

Client: Garfield Tony Robinson
DCDC #: 221-495

FBI #: 218202EA3
PDID #: 288-292

Action Recommended: defer to the USPC

**Sentencing Information:**

Mr. Garfield Robinson was sentenced on January 7, 1988 to serve a period of 10 to 30 years for the offenses of Burglary I (2cts.) and Burglary II (2cts.). Mr. Robinson was granted parole on August 27, 1997 with a full term date of January 26, 2018.

**Violations:**

ALLEGATION #1 Mr. Robinson was rearrested in Arlington County Virginia on July 4, 2002 and charged with Receiving Stolen Property. On August 22, 2002 Mr. Robinson was convicted on the RSP charge and received a 6-month sentence. Mr. Robinson was released from custody on October 11, 2002 with no further parole or probation responsibility in Virginia. Mr. Robinson's rearrest violates parole condition numbers 6 and 9.

CASE SUMMARY
This writer received this case via transfer on January 31, 2002. Since that time Mr. Robinson has been placed into the Seton House Inpatient drug program to address his cocaine usage. Mr. Robinson completed Seton House program on May 27, 2002. This writer is in the process of trying to get Mr. Robinson placed back into the outpatient component of his drug treatment program, which he was suspended from for failure to attend due to his rearrest and conviction.


EXHIBIT
H

*1418 Good Hope Rd. SE, Washington, DC 20020*
*Voice: (202) 585-7880   Fax: (202) 585-7840*

Court Services and Offender Supervision Agency                                        Page 2

RECOMMENDATION
Defer to the USPC

Respectfully Submitted,
Darek Thomas

Signature/CSO _____

Approved By:

Signature/SCSO _____

Approved by:

Signature: _____        11-6-02
William Ashe                                     Date: 10/31/02
Supervisory Community Supervision Officer

cc: