# **EXHIBIT I**



**U.S. DEPARTMENT OF JUSTICE**
United States Parole Commission

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

November 18, 2002

Darek Thomas
Community Supervision Officer
CSOSA
1418 Good Hope Road, S.E.
Washington, D.C. 20020

Re:  Robinson, Tony
     DCDC No: 221-495

Dear Mr. Thomas:

We have received the following material:

    RAV dated 10/29/2002

Please contact the U.S. Probation Office in Alexandria, VA for assistance in obtaining a copy of the police/investigative report which would provide us with a description of the offense conduct. Also, please attempt to obtain a copy of the presentence report if it is available.

Once this information is received, please forward it to our office. Thank you for your assistance in this matter.

Sincerely,

Deirdre Jackson
Case Analyst

DMJ

**EXHIBIT**
I

Queued: 11-18-2002 11:52:32 USPO-General Supervision Unit VIII |