# **EXHIBIT K**



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301) 492-5821*
*Facsimile: (301) 492-5525*

July 28, 2005

**COLLATERAL REQUEST**

John R. Long
Chief U.S. Probation Officer
Eastern District of Virginia
401 U.S. Courthouse Square
Alexandria, VA 22314-5704

Re:   Robinson, Tony
      DCDC No. 221-495
      B/M DOB: ███
      FBI No. 218202EA3

Dear Chief Long:

Our office has been notified that the above-cited offender incurred a new arrest and conviction in Arlington County, Virginia. The information we have indicates the offender was convicted of Receiving Stolen Property in the Arlington County General District Court on 8/22/2002 and was sentenced to 12 months with 6 months suspended (Case No. GC02002749-00). What we do not have is a copy of the arrest report or some other documentation containing an offense description. We have a copy of the Warrant of Arrest for this offense, but this document only provides the charge.

It is kindly requested that your office investigate the above arrest/conviction and provide us with a copy of the arrest report, presentence report, statement of probable cause, or some other official documentation that contains the offense description. Any assistance your office could provide would be most appreciated. If you need additional information, please do not hesitate to contact me at (301) 492-5821 (extension 167). Thank you for your cooperation.

Sincerely,

*Scott K.*

Scott Kubic
Case Analyst

Queued: 07-28-2005 12:38:08 USPO-Eastern District of Virginia |

**EXHIBIT**
K



U.S. DEPARTMENT OF JUSTICE
United States Parole Commission

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

July 28, 2005



**COLLATERAL REQUEST**

William F. Henry
Chief U.S. Probation Officer
District of Maryland
250 West Pratt Street, Suite 400
Baltimore, MD 21201-2423

Re:   Robinson, Tony
      DCDC No. 221-495
      B/M, DOB: ▇▇▇▇
      FBI No: 218202KA3

Dear Chief Henry:

Our office has been notified that the above-cited offender has incurred a new arrest and conviction in Montgomery County, Maryland. The information we have indicates the offender was convicted of Burglary (1st Degree) in the Montgomery County Circuit Court on 12-13-2002 and was sentenced to 10 years, all suspended, and 3 years unsupervised probation. (Case No. 77906). Unfortunately, we do not have any documentation containing an offense description.

It is kindly requested that your office investigate the above arrest/conviction and provide us with a copy of the arrest report, presentence report, statement of probable cause, or some other official documentation that contains the offense description. Any assistance your office could provide would be most appreciated. If you need additional information, please do not hesitate to contact me at (301) 492-5821 (extension 167). Thank you for your cooperation.

Sincerely,

Scott Kubic
Case Analyst

Queued: 07-28-2005 12:50:10 USPO-District of Maryland |