# **EXHIBIT L**



**Court Services and Offender Supervision Agency
for the District of Columbia**
*Community Supervision Services
Branch IIB, General Supervision*

AUG - 8 2005

### Addendum to Alleged Violation(s) Report dated 6/28/05

August 2, 2005

| | | | |
|---|---|---|---|
| **TO:** | The United States Parole Commission<br>Deirdre Jackson<br>5550 Friendship Boulevard<br>Chevy Chase, MD 20815-7286 | | |
| **FROM:** | Darek Thomas | **Unit:** | General Supervision Unit<br>IIB - Team 31 |
| | Community Supervision Officer | **Telephone:** | 202-585-7880 |
| **Please send all inquiries to:** | 1418 Good Hope Road, SE<br>Washington, DC 20020-5615 | **Fax:** | 202-585-7840 |
| | | **Email:** | darek.thomas@csosa.gov |
| **SUBJECT:** | Non-Compliance with Parole | | |
| **DOCKET:** | F-5651-87 | | |
| **Offender:** | TONY T ROBINSON<br>214 33rd St. NE Washington DC 20019 | | |
| **FEDREG #:** | | | |
| **FBI #:** | 218202EA3 | | |
| **DCDC #:** | 221-495 | | |
| **PDID #:** | 288-292 | | |

**Action Recommended:** Warrant

### SENTENCING INFORMATION

Mr. TONY ROBINSON is a 43 year-old male who was sentenced on January 7, 1988 to serve a period of incarceration of 10 years to 30 years for the offenses of Burglary I (2cts.) and Burglary II (2cts.). The offender was paroled on August 27, 1997 to a State of Virginia Detainer. It appears that Washington DC picked up supervision of the offender on January 18, 2000. The offender has a full term date of January 26, 2018.

### ALLEGED VIOLATION(S)



EXHIBIT

Court Services and Offender Supervision Agency                                                                                                  Page 2

Since supervision, the offender is alleged to have committed the following violation(s):

Failed To Report For Scheduled Appointment: The offender failed to report in person for a scheduled office appointment on 6/29/05 and has not made any type of contact with supervision since 6/22/05.

The offender has failed to have contact with supervision since 6/22/05. The offender has been without a home address since 6/5/05 and has failed to provide supervision with a new home address. A collateral contact was made with the former girlfriend on 7/5/05 and she stated that she had not seen or heard from the offender since this writer was last at the house on 6/22/05.

This writer contacted the offender's employer and spoke with a supervisor (███████ ███████) who stated that they were in the process of a Summary Removal and that the offender would no longer be employed there.

The offender remains in a loss of contact status.

This Community Supervision Officer concludes that the offender poses a high risk.
Therefore, this Community Supervision Officer is respectfully requesting a Warrant.


Respectfully submitted,

*[signature]*
Darek Thomas
Community Supervision Officer
Telephone Number: 202-585-7880

8-1-05
(Date)


Approved by:

*[signature]*
Joel Azikiwe
Supervising Community Supervision Officer
Telephone Number: (202) 585-7802

8-3-05
(Date)