# **EXHIBIT M**

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### UNITED STATES PROBATION OFFICE

**JOHN R. LONG**
CHIEF U.S. PROBATION OFFICER

401 Courthouse Square
Alexandria 22314-5797
703-299-2300

August 5, 2005

REPLY TO:  Third Floor
U.S. District Courthouse
401 Courthouse Square
Alexandria, Virginia 22314
703-299-2300



Mr. Scott Kubic
Case Analyst
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

RE:    ROBINSON, Tony
       AKA: Garfield Tony Robinson
       DCDC No. 221-495

       <u>COLLATERAL RESPONSE</u>

Dear Mr. Kubic:

Reference is made to your letter dated July 28, 2005, in which you requested collateral assistance regarding the above-mentioned individual.  Enclosed is the police report and disposition for the defendant's July 3, 2002, arrest and August 22, 2002, conviction in Arlington County, Virginia, for Receiving Stolen Property.

Please advise if you require additional information.

Sincerely,

Kelly M. Bunce
U.S. Probation Officer Assistant
(703) 299-2304

/kmb
Enclosures

**EXHIBIT**