# **EXHIBIT N**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### PROBATION & PRETRIAL SERVICES OFFICE

| PROBATION OFFICES | | PRETRIAL OFFICES |
|---|---|---|
| 250 W. PRATT STREET<br>SUITE 400<br>BALTIMORE, MD 21201<br>410-962-4740 | WILLIAM F. HENRY<br>CHIEF | 101 W. LOMBARD STREET<br>SUITE 1625<br>BALTIMORE, MD 21201<br>410-962-4820 |
| 9208 EDMONSTON ROAD<br>SUITE 200<br>GREENBELT, MD 20770<br>301-344-0510 | August 24, 2005 | 6500 CHERRYWOOD LANE<br>SUITE 100<br>GREENBELT, MD 20770<br>301-344-0375 |

Scott Kubic
Case Analyst
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland    20815-7201

         RE: ROBINSON, Tony
           DOB: ████
           FBI#: 218202EA3
           **COLLATERAL RESPONSE**

Dear Mr. Kubic:

  In response to your collateral request of July 28, 2005, on the above-named defendant, we are attaching the information you requested on Montgomery County Circuit Court Case No. 77906.

### Adult Criminal Convictions

1. Maryland Rule 719 or Rule 4-213 entitles all defendants to notice of the right to be represented by counsel and to have counsel appointed if indigent for all felony charges since September 1, 1967, and for all lesser offenses since July 1, 1977.

   | Date of Arrest | Conviction/Court/Disposition |
   |---|---|
   | | |

2. 05/24/1996 (Age 34) — Count 1 - Burglary-First Degree; Count 2 - Attempted Burglary First Degree; Count 3 - Theft. Circuit Court for Montgomery County, Maryland, Case No. 77906. On December 13, 2002, the defendant pled guilty to Count 1 and was sentenced to ten (10) years, suspended, and placed on unsupervised probation for three (3) years.

3. We are attaching all information that was available in the file.

EXHIBIT
N
COMMISSION

*REPLY TO:*
U.S. Probation Office, 250 West Pratt Street, Suite 400, Baltimore, MD 21201 Tel: (410) 962-4307 Fax: (410) 962-0954

