# **EXHIBIT O**

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

**Notice of Action**

Name: Robinson, Tony  
DCDC No: 221-495  

Institution:  
Date: September 29, 2005

Pursuant to the provisions under 28 C.F.R. §2.30 and §2.28(f), reopen, issue warrant, and schedule for a combined parole cancellation/revocation hearing upon your return to federal custody.

<u>**Reasons:**</u>

The Commission has reopened your case and will conduct a combined hearing upon your return to federal custody. The first portion of the hearing will be to consider whether the previous order of parole should be cancelled and whether or not additional time in custody is required as a result of your May 24, 1996 arrest for Burglary in Montgomery County, Maryland, and subsequent conviction on December 13, 2002. The second portion of the hearing will be to consider alleged violations that occurred during your current period of parole.

cc: Darek Thomas  
Community Supervision Officer  
General Supervision Unit II-Team 31  
CSOSA  
1418 Good Hope Road, S.E.  
Washington, D.C. 20020

EXHIBIT