# **EXHIBIT Q**

U.S. DEPARTMENT OF JUSTICE  
UNITED STATES PAROLE COMMISSION

WARRANT APPLICATION  
D.C. Code Offender  
(Cancellation/Revocation Charges)

Name .............................. Robinson, Tony

| | |
|---|---|
| Reg. No................................ | Date ........................................ **September 27, 2005** |
| DCDC No........................ 221-495 | Termination of Supervision..... **1-26-2018** |
| FBI No............................ 218 202 EA3 | [If Conviction Offense Before April 11, 1987 And |
| Birth Date........................ ▮▮▮▮ | Offender Is On Mandatory Release, Termination |
| Race............................... Black | Date Is 180 Days Prior To Full Term] |
| | Violation Date......................... **12-14-2001** |
| | Released............................... **September 5, 1997** |

Sentence Length .......... **30 years (Original); 7,806 days (Parole Violator Term)**  
Original Offense............ **Burglary I (2 Counts); Burglary II (2 Counts)**

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**  
**CANCELLATION CHARGE:**

**EXHIBIT**

**Charge No. 1 - Law Violation – Burglary 1ˢᵗ Degree (Residential).** On 5-24-96, the releasee broke and entered the residence located at 7124 Woodland Avenue, Takoma Park, MD, with the intent to commit a theft. The releasee was arrested by the Montgomery County Police for the above-cited offense on the same date. On 12-13-2002, the releasee pled guilty to the above-cited offense in the Montgomery County Circuit Court and was sentenced to 10 years, suspended, with 3 years unsupervised probation. This charge is based on the information contained in the violation report dated 6-28-2005 from supervising officer Darek

Thomas, the collateral response dated 8-24-2005 from the U.S. Probation Office, Baltimore, Maryland, an indictment dated 7-11-96, and a judgment dated 12-13-2002. Status of Custody/Criminal Proceedings: Convicted and sentence served.
I ADMIT [ ] or DENY [ ] this charge.

### REVOCATION CHARGES:

**Charge No. 1 - Failure to Submit to Drug Testing.** Between 12-14-2001 and 6-27-2005, the releasee failed to submit urine specimens on 21 occasions. This charge is based on the information contained in the violation report dated 6-28-2005 from supervising officer Darek Thomas.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs.** Between 12-18-2001 and 6-20-2005, the releasee submitted 33 urine specimens which tested positive for cocaine. This charge is based on the information contained in the violation report dated 6-28-2005 from supervising officer Darek Thomas and corresponding drug report dated 6-28-2005.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 3 - Law Violation – Receiving Stolen Property (Auto).** On 7-3-2002, the releasee was found in possession of a stolen 2002 Toyota automobile. The releasee was arrested by the Arlington, Virginia, Police for the above-cited offense on the same date. On 8-22-2002, the releasee pled guilty to the above-cited offense in the Arlington County General District Court and was sentenced to 12 months with 6 months suspended. This charge is based on the information contained in the violation report dated 6-28-2005 from supervising officer Darek Thomas, the collateral response dated 8-5-2005 from the U.S. Probation Office, Alexandria, Virginia, a police report dated 7-3-2002, and a judgment dated 8-22-2002. Status of Custody/Criminal Proceedings: Convicted and sentence served.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 4 - Failure to Report Change in Residence.** The releasee left his last known residence on or before 6-5-2005 and failed to report a new residence to the supervising officer within 48 hours. The releasee's whereabouts are unknown. This charge is based on the information contained in the violation report dated 8-2-2005 from supervising officer Darek Thomas.
I ADMIT [ ] or DENY [ ] this charge.

Probable Cause Hearing Is Not Required

Warrant Recommended By: _____

Warrant Issued................ September 27, 2005     Scott Kubic, Case Analyst
                                                      U.S. Parole Commission

Community Supervision Office Requesting Warrant: **General Supervision Unit II-Team 31, 1418 Good Hope Road**

Robinson, Tony
DCDC No. 221-495