# **EXHIBIT R**

## WARRANT For Return Of Prisoner Released To Supervision

Name: Robinson, Tony                              Institution: D.C. Dept. of Corrections
Reg. No. 28278-016                                DCDC No. 221-495

### UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ District of _____ C zz _____ ss:

Received this writ the __14TH__ day of __OCT__, 20_05_, and executed same by arresting the within-named __TONY ROBINSON__ this __18TH__ day of __OCT__, 20_05_, at __5 PM__ and committing him to __DC JAIL__

_George Walsh_
U.S. Marshal

_[signature]_
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20_____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

### ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated __Sept. 27-05__

_[signature]_                                     __Oct 18, 2005__
Prisoner's Signature                              Date

**EXHIBIT**
R

(If prisoner refuses to sign, Marshal should so indicate.)

Robinson, Tony
DCDC No. 221-495