# **EXHIBIT S**



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

Date: 1-25-06

Ms. Rebecca B. Johnson
Mid-Atlantic Regional Office
Bureau of Prisons
Junction Business Park, Suite 100-N
10010 Junction Drive
Annapolis Junction, MD 20701

Re:   Pre-sentence Report for Designation
      Robinson, Tony
      DC No. 221-495

Dear Ms. Johnson:

The above-named prisoner should be promptly designated to a federal institution so that the prisoner may be given a revocation hearing ASAP. This hearing must be conducted within 90 days of the prisoner's arrest on the violator warrant in order to comply with applicable law.

Enclosed is a copy of the pre-sentence report or packet, if needed, for your use in determining the proper designation. Also enclosed is a packet to be sent to the designated institution and given to the prisoner for disclosure prior to the revocation hearing.

According to the available information, the above-named prisoner is currently being held by the following U.S. Marshals' Office:

District of Columbia - District Court
333 Constitution Ave, N.W., Room 1400
Washington, D.C. 20001
Warrants - Attn: Sean McLeod

Sincerely,

Jordana Randall
Case Analyst Trainee

Enclosures: Revocation Hearing Packet, Designation Packet

**EXHIBIT**
C