# **EXHIBIT T**

```
5H    PAR4I  531.01 *          INMATE HISTORY              *    03-01-2006
PAGE 001 OF 001 *              ADM-REL                     *      09:29:00

   REG NO..: 28278-016  NAME....: ROBINSON, TONY GARFIELD
   CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
PHL   A-USPC HRG ADMIT-USPC VIOLATION HEARING 02-23-2006 1341 CURRENT
9-L   RELEASE    RELEASED FROM IN-TRANSIT FACL 02-23-2006 1341 02-23-2006 1341
9-L   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-07-2006 1630 02-23-2006 1341
DSC   ADMIN REL  ADMINISTRATIVE RELEASE       02-07-2006 1530 02-07-2006 1530
DSC   A-ADMIN    ADMINISTRATIVE ADMISSION     02-07-2006 1520 02-07-2006 1530
```

G0000         TRANSACTION SUCCESSFULLY COMPLETED

EXHIBIT