# **EXHIBIT U**

**Berthrong, Sherri**

---

| | |
|---|---|
| **From:** | Krapels, Helen (USPC) |
| **Sent:** | Tuesday, March 14, 2006 5:01 PM |
| **To:** | Berthrong, Sherri |
| **Subject:** | Revocation hearing for Tony Robinson |

I have been informed by our staff that the Bureau of Prisons at FDC Philadelphia has "returned the signed "Acknowledgment of Receipt of Packet" form and a copy of the notification to the FPD for appointment of counsel and availability of counsel for an immediate hearing."

The Bureau of Prisons and the Federal Public Defender should then settle on a date for the revocation hearing.

Helen H. Krapels, Attorney
U.S. Parole Commission

*Exhibit U*

1