UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tony Robinson, | : |
|        Petitioner, | : |
|       v. | :     Civil Action No. 05-2487 (CKK) |
| United States Parole Commission, *et al.*, | : |
|        Respondents. | : |

## ORDER

      This matter is before the Court on the United States' response to the Order directing respondents to show cause why the writ of *habeas corpus* should not be issued. The respondent addresses the merits of the petition and seeks summary denial of it. The Court's consideration of the response could result in dismissal of the case. Petitioner therefore will be allowed to respond. Petitioner is advised that the Court's local rules require a party opposing a dispositive motion (or its equivalent) to file a memorandum of points and authorities "at such [] time as the court may direct . . . [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

      ORDERED that petitioner shall file his reply to the United States' opposition to the *habeas corpus* petition by **April 28, 2006**. If petitioner fails to respond within the time provided, the Court will treat the response as conceded and may dismiss the case.

                                                                      _____s/s_____
                                                                      COLLEEN KOLLAR-KOTELLY
                                                                        United States District Judge

March 27, 2006

Paper copy to:

Tony Robinson
R28278-016
FDC Philadelphia Federal Detention Center
P.O. Box 562
Philadelphia, PA 19106