UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TONY ROBINSON, | : | |
|     Petitioner | : | Civil Action No. 05-02487 (CKK) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. PAROLE COMMISSION, et. al, | : | |
|     Respondents | : | |

**FEDERAL RESPONDENTS' SUPPLEMENTAL OPPOSITION TO PETITIONER'S
PETITION FOR A WRIT OF HABEAS CORPUS**

    The federal respondents, by and through their attorney, the United States Attorney for the District of Columbia, hereby respectfully file their supplemental opposition to the petitioner's pro se petition for a writ of habeas corpus. In support of his petition, the petitioner claims that he should be released because (1) the U.S. Parole Commission ("the Commission") did not provide a probable cause hearing and a local revocation hearing at which he could confront adverse witnesses and instead is scheduling an institutional revocation hearing; (2) the Commission does not have the authority to revoke his parole based on a criminal conviction which occurred during a prior period of parole; (3) the Commission can not rely on his 2002 convictions to revoke his parole because of the delay in the issuance of the parole violator warrant and because his supervision officer allegedly advised him that his 2002 convictions would not be used as a basis to revoke his parole; and (4) the Commission has not provided his institutional revocation hearing in a timely manner. The federal respondents filed their opposition to the petitioner's petition on March 16, 2006.

    Subsequent to this filing, the U.S. Parole Commission held an institutional revocation

hearing on March 16, 2006. As a result of this hearing, on April 4, 2006, the Commission cancelled the previous Order of Parole dated August 27, 1997, revoked the petitioner's parole, determined that he would not be given credit for the time he spent on parole, and set a presumptive re-parole date of August 18, 2008, after the service of 54 months. See Exhibit 1 (Notice of Action dated 4/4/06). Accordingly, because the petitioner has now been given his revocation hearing, his claim that he should be released due to a delay in providing his revocation hearing should be dismissed as moot, and his remaining claims should be summarily denied for the reasons stated in the federal respondents' original opposition filed on March 16, 2006.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar Number 451-058

        _____/s/_____
        ROBERT D. OKUN
        Assistant United States Attorney
        Chief, Special Proceedings Section
        D.C. Bar Number 457-078

        _____/s/_____
        SHERRI L. BERTHRONG
        Assistant United States Attorney
        Special Proceedings Section
        D.C. Bar No. 249-136
        Sherri.Berthrong@usdoj.gov
        555 4th Street, N.W., Room 10-450
        Washington, D.C. 20530
        (202) 514-6948

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the United States' Supplemental Opposition has been electronically filed with the Court and has been served by mail upon the petitioner, Tony Robinson, Fed. Reg. No. 28278-016, FCI Fairton, Federal Correctional Institution P.O.Box 420, Fairton, NJ 08320, this 6th day of April, 2006.

                                         _____/s/_____
                                         Sherri L. Berthrong
                                         Assistant United States Attorney