# **EXHIBIT 1**

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: ROBINSON, Tony | Institution: Philadelphia FDC |
| Register Number: 28278-016 | |
| DCDC No: 221-495 | Date:   April 4, 2006 |

As a result of the hearing conducted on March 16, 2006 the following action was ordered:

Previous order of parole effective August 27, 1997 is hereby cancelled pursuant to 28 C.F.R. §2.30.

Revoke parole. None of the time spent on parole shall be credited. Continue to a presumptive re-parole on August 18, 2008 after service of 54 months. This presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan. The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date to ascertain that these conditions have been fulfilled. In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date. If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration. If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

## **FINDINGS OF FACT:**

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Law Violation - Burglary 1st Degree (residential)

Basis for the above stated finding(s): Your admission to the examiner and your conviction in Montgomery County, MD Circuit Court on December 13, 2002.

Charge No. 1 - Failure to Submit to Drug Testing

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Basis for the above stated finding(s): Your admission.

.Charge No. 3 - Law Violation - Receiving Stolen Property (Auto)

Basis for the above stated finding(s): Your admission to the examiner and your conviction in Arlington County General District Court on August 22, 2002.

Charge No. 4 - Failure to Report Change in Residence

Basis for the above stated finding(s): CSO Thomas' violation report dated 08-02-2005.

**REASONS**:

Your parole violation behavior has been rated as criminal conduct of Category Five severity because it involved Burglary. Your salient factor score is 2. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of March 18, 2006 you have been in confinement as a result of your violation behavior for a total of 24 month(s). Guidelines established by the Commission indicate a customary range of 60-72 months to be served before release.

After review of all relevant factors and information, a decision below the guidelines is warranted because you are a better parole risk than indicated by the guidelines in that the criminal behavior utilized in assessing the guidelines occurred over ten years ago. In addition, when released from your sentence for Receiving Stolen Property in 2002, you did not incur any new criminal conduct and generally abided by the conditions of supervision.

In addition, you have also been scheduled for a review hearing during March 2008.

THE ABOVE DECISION IS APPEALABLE.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.


cc:     Fairton FCI
        P.O. Box 280
        Highway 698
        Fairton, NJ  08320

        U.S. Marshals Service
        District of Columbia - District Court
        333 Constitution Ave, N.W., Room 1400
        Washington, D.C.  20001
        Warrants - Attn: Sean McLeod

        U.S. Probation Office
        General Supervision Unit II-Team 31
        CSOSA
        1418 Good Hope Road, S.E.
        Washington, D.C.  20020

Christy Unger
Public Defender Service
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2070
Washington, D.C. 20001

## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 0 | **A** - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | **B** - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 2 | **C** - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | **D** - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | **E** - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | **F** - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 2 | **Salient Factor Score (SFS-98)** (sum of points for A-F above) |

| Points For SFS Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
| | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

Robinson 28278-016      -4-      Clerk: SRM