# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TONY ROBINSON,
    PETITIONER,

v.

UNITED STATES PAROLE
COMMISSION, ET. AL.,
    RESPONDENTS

CIVIL ACTION NO. 05-02487 (CKK)

## PETITIONER'S RESPONSE TO THE FEDERAL RESPONDENT'S OPPOSITION OF PETITIONER'S WRIT OF HABEAS CORPUS OPPOSITION

COMES TONY ROBINSON pro se TO THIS COURT. I AM RESPONDING TO THE COURT FOR THE FOLLOWING REASONS. ONE I WAS UNDER THE IMPRESSION THAT BY RECEIVING A DENIAL FROM THE COURT BY YOU JUDGE COLLEEN KOLLAR-KOTELLY. THAT THIS WAS THE END TO THIS CASE IN YOUR COURTROOM AND THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA. I RECEIVED YOUR ORDER OF DENIAL ON OR AFTER MARCH 16, 2006. THROUGH THE UNITED STATES DEPARTMENT OF JUSTICE. UNITED STATES ATTORNEY DISTRICT OF COLUMBIA OFFICE AT THE JUDICIARY CENTER 555 FOURTH STREET. N.W WASHINGTON D.C. 20001. AT THE FEDERAL CORRECTIONAL INSTITUTION, FAIRTON. FAIRTON NEW JERSEY 08320. RECEIVING YOUR SECOND LETTER DATED MARCH 27, 2006. ON APRIL 8, 2006. SATURDAY. AS YOU CAN SEE YOUR HONOR I HAVE BEEN MOVED FROM THE FEDERAL DETENTION CENTER. PHILADELPHIA. TO MY NEW DESIGNATION FOR NOW.

    I AM ASKING THE COURT TO LOOK FURTHER INTO MY CASE BECAUSE OF INCONSISTANCES IN THE FIRST SEVENTEEN PAGES OF THE FEDERAL RESPONDENTS OPPOSITION. THAT I STILL DISPUTE.

And in the exhibits A through U. I am lost for words at this point in time. I can say that parole violator's that have had new convictions have had a probable cause hearing in the district of Columbia. And have been offered an expedited offer I was not not properly scheduled for a institutional hearing. As noted. I was retaken on October 18th 2005. And had not had a hearing until March 16th 2006. And the Parole Commission was setting up a local hearing but then had the Federal bureau of Prisons move me to the Federal Detention Center in Philadelphia. That is not a proper hearing. To me my parole hearing was very unfair. I had been in Philadelphia on Feb 23.06 And did not receive my parole disclosure package until March 14th 06. Not in a timely manner. My lawyer did not have any paperwork only written notes during the hearing. I was not informed of my parole hearing date. As stated in the parole rules the whole hearing was a rush. I feel that the U.S. Parole Commission unfairly gave me a hit on a conviction that the D.C. Board of Parole did not do back in 1996 unfair. There is much to be argued in this case. And I never said that my parole officer Mr Darek Thomas promised me that he would not violate me. He stated that he was not going to violate me on the convictions that I had. Etc.

    There is still much that has not been addressed by me to the court. But I do ask for some kind of help in this matter from the court in this case. Or be given more time to address

THIS MATTER IN THE PRESENCE OF THE COURT. WITH PROPER ASSISTANCE FROM A LEGAL ATTORNEY BY THE COURT IF SO DESIRED BY YOU THE HONORABLE JUDGE COLLEEN KOLLAR KOTELLY.

IN CLOSING I DO AWAIT A RESPONSE FROM YOU THE HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY. I ALSO ASK FOR IN YOUR RESPONSE A COPY OF THE WRIT OF HABEAS CORPUS THAT IS FILED IN YOUR COURTROOM. THANK YOU AGAIN

TONY ROBINSON
REG. NO# 20278-016
DC. DC. 221-495