*Leave to file is granted to supplement petition.*
*Judge C Kollar-Kotelly 3/28/06*

TO THE HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY

I AM WRITING THIS COURT IN REGARD TO MY LAST LETTER TO YOU JUDGE KOLLAR-KOTELLY. SINCE BEING HERE AT THE FEDERAL DETENTION FACILITY IN PHILADELPHIA I HAVE NOT RECEIVED ANYTHING FROM THE UNITED STATES PAROLE COMMISSION AS OF YET. I AM SENDING YOU JUDGE KOLLAR-KOTELLY A LETTER OF RESPONSE FROM MR VINCENT HASKELL OF THE PUBLIC DEFENDER SERVICE. HE HAS BEEN THE ONLY PERSON TO INQUIRE INTO MY PAROLE HEARING. I ASK IF YOU CAN HAVE ALL THIS FILED IN MY CASE # 1:05 CV02487 AND HAVE COPIES SENT BACK TO ME OF EVERYTHING FILED AS OF THE DAY THIS COURT RECEIVES THIS LETTER. AND CAN COPIES BE SENT TO THE NAMED PARTIES IN THIS MATTER. MR STEVE HUSK AND MS LORI GODDLE OF THE UNITED STATES PAROLE COMMISSION. OR HAVE THEM NOTIFIED TO VIEW THESE LETTERS AND EMAIL TRANSACTION ON YOUR WEB SITE. THANK YOU AND GOD BLESS YOU. I DO HOPE TO FIND RELIEF IN THIS CASE MATTER.

— TONY ROBINSON
REG# 28278-016
DCDC# 221-495
*Tony Robinson*
3-7-06

To Mr Steve Husk,

I am writing you this letter in regard to Mr Vincent Haskell's letter statement. To having a parole hearing here at the federal detention center here in Philadelphia PA. As I have stated numerous times I have been incarcerated since October 18th 2005. Nothing has been done since then. I have had my counselor Ms Griffin contact Mr Wynn. At the U.S.P.C. on numerous occassions nothing done. The only thing that has been done was that the U.S.P.C had me moved here to Philadelphia. to see the parole board. I'm still waiting to see the board.

I have had to file in the district court of the district of Columbia. A writ of habeas corpus. Case # 1:05 CV02487. In front of Judge Colleen Kollar-Kotelly. The commission had thirthy days to respond to the order to show cause. Nothing or no one has responded as of yet. My rights have been seriously violated. Even though I did violate my conditions of parole. Even still my parole officer also played his part in my violation also. The statement of facts are in my writ of habeas corpus with Mr Derek Thomas in my complaint to the court and to the U.S.P.C.

Furthermore I have not received my parole disclosure package. Pursuant to 28 CFR 2.12. or 2.14. and I have not had the paperwork to get a federal attorney as of yet. I have wrote the district court in D.C. and here in Phila. As to not having rights to any paper work. I received a letter from Mr Vincent

Haskell, concerning his communication with you and Ms. Lori Gobble at the U.S.P.C. I was to be held at the CCA-CTF for a local institutional hearing, but as you can see I was moved. This was your last email transaction on February 24, 2006 Friday. No one has contacted the Federal Detention Center here as of yet to yours and Ms Lori Gobbles last statement to contact the parole board and the administration here as to set up a hearing. I do await some kind of answer to this letter to you. Thank you for looking to this matter. I have also sent Mr. Vincent Haskell a letter stating that I did receive his letter of email facts from you and Ms Lori Gobble of the United States Parole Commission. And a copy of this letter was mailed to the District Court for filing purposes.

As stated before I do await a response from you and Ms Lori Gobble.

**Vincent Haskell**

**From:** Steve.Husk@usdoj.gov
**Sent:** Friday, February 24, 2006 3:17 PM
**To:** Lori.Gobble@usdoj.gov; Vincent Haskell
**Subject:** FW: Tony Robinson, Fed. Reg. #28278-016, Institutional Hearing

Sorry Vincent,

After sending this to you, I found out from BOP that he already is at Philadelphia. We'll just set it up there and deal with FPD office.

Lori, please contact FDC and our examiner re: a hearing date ASAP at Philly.

Thanks.

-----Original Message-----
From: Husk, Steve (USPC)
Sent: Friday, February 24, 2006 3:17 PM
To: 'VHaskell@PDSDC.ORG'
Cc: Gobble, Lori (USPC)
Subject: RE: Tony Robinson, Fed. Reg. #28278-016, Institutional Hearing

Mr. Haskell,

We have decided to schedule Robinson for his institutional hearing in DC rather than wait for transfer. I have instructed L. Gobble to set up a hearing date. However, do you need him to be placed on PC Docket for appointment of counsel only or can your office take on the case without this extra step?

Lori, if he is able to represent him without first putting him on docket for appointment of counsel, please contact V. Haskell to arrange hearing date.

Thank you.

-----Original Message-----
From: VHaskell@PDSDC.ORG [mailto:VHaskell@PDSDC.ORG]
Sent: Thursday, February 23, 2006 4:46 PM
To: Husk, Steve (USPC)
Subject: RE: Tony Robinson, Fed. Reg. #28278-016, Institutional Hearing

Steve--

As always, I appreciate your following up with me.

--Vincent

-----Original Message-----
From: Steve.Husk@usdoj.gov [mailto:Steve.Husk@usdoj.gov]
Sent: Wednesday, February 22, 2006 5:17 PM
To: Vincent Haskell
Subject: RE: Tony Robinson, Fed. Reg. #28278-016, Institutional Hearing


It can verify that that BOP made a designation for Mr. Robinson within the last few weeks. He is likely awaiting movement to BOP facility.

I can't tell for sure why case was delayed. However, it looks like it was just this month that the Commission received the executed warrant from the U.S. Marshal.

-----Original Message-----
From: VHaskell@PDSDC.ORG [mailto:VHaskell@PDSDC.ORG]
Sent: Wednesday, February 22, 2006 12:31 PM
To: Husk, Steve (USPC)

1

Subject: Tony Robinson, Fed. Reg. #28278-016, Institutional Hearing

Steve--

I have been receiving phone calls from Mr. Robinson. (I also believe that my colleague Quisha Robinson contacted you about Mr. Robinson.) Mr. Robinson states that he has been held since October 18, 2005 on his parole warrant and has not had a hearing of any kind nor any opportunity to be heard. Can you please notify me as to the status of Mr. Robinson's parole hearing and provide me with any information as to why he has not had his parole hearing within 90 days. I look forward to hearing from you.

--Vincent

Vincent Haskell
Student Training Coordinator
Parole Division
Public Defender Service
For the District of Columbia
633 Indiana Avenue, NW
Washington D.C. 20004
(202) 824-2805