UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tony Robinson,

       Petitioner,

v.                            Civil Action No. 05-2487 (CKK)

United States Parole
Commission, *et al.*,

       Respondents.

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Order to Show Cause [Dkt. No. 3] is DISCHARGED; it is

FURTHER ORDERED that the application for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

                                              /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge

Date: Aug. 3, 2006

Paper copy to:

Tony Robinson
R28278-016
Fairton Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320